[No. 71327-2-I.   Division One.   March 2, 2015.]

*In the Matter of the Marriage of* MICHAEL D. PEASE, *Appellant*, and ELEANOR M. RANDECKER-PEASE, *Respondent.*

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated March 23, 2015. Substitute opinion filed. See 186 Wn. App. 1033.

[No. 71426-1-I.   Division One.   March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER JONAS JIMERSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 12-1-05548-0, William L. Downing, J., entered January 10, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Cox, J.

[No. 71493-7-I.   Division One.   March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY GLASS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 13-1-10290-7, Theresa B. Doyle, J., entered January 22, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Becker and Schindler, JJ.

[No. 71506-2-I.   Division One.   March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM T. WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00961-3, Thomas J. Wynne, J., entered January 31, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Dwyer, JJ.